Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00781-CR

Mona Ortiz **CUMBY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR5702
Honorable Sharon MacRae, Judge Presiding

Opinion by:   Marialyn Barnard, Justice

Sitting:      Catherine Stone, Chief Justice
              Phylis J. Speedlin, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  September 14, 2011

MOTION TO WITHDRAW GRANTED; AFFIRMED

Appellant Mona Ortiz Cumby pleaded guilty to the offense of credit/debit card abuse. The trial court placed her on community supervision for a period of four years. The State subsequently filed a motion to revoke Cumby's community supervision, alleging she had violated several terms of her probation. Cumby pleaded true to the alleged violations, the trial court found them to be true, revoked Cumby's probation, and sentenced her to eighteen months

confinement, which was to run concurrently with a recent theft offense. Cumby filed a notice of appeal challenging the trial court's revocation.

Cumby's court-appointed appellate attorney filed a motion to withdraw and a brief in which he raises no arguable points of error and concludes this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel provided proof Cumby was given a copy of the brief and motion to withdraw and was informed of her right to review the record and file her own brief. Cumby has not filed a brief.

After reviewing the record and counsel's brief, we find no reversible error and agree with counsel the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We therefore grant the motion to withdraw filed by Cumby's counsel and affirm the trial court's judgment. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

No substitute counsel will be appointed. Should Cumby wish to seek further review of this case by the Texas Court of Criminal Appeals, she must either retain an attorney to file a petition for discretionary review or file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days after either the day our judgment is rendered or the day the last timely motion for rehearing or timely motion for en banc reconsideration is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Texas Court of Criminal Appeals. *See id.*

R. 68.3.  Any petition for discretionary review must comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure.  *See id.* R. 68.4.

Marialyn Barnard, Justice

Do Not Publish